No. 80–1678.  JOHNSON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 80–1685.  PACIFIC DEVELOPMENT, INC., ET AL. v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 80–1701.  NEWPORT TANKERS CORP. v. SIMMONS. C. A. 5th Cir.  Certiorari denied.

No. 80–1709.  PRUDENTIAL FEDERAL SAVINGS & LOAN ASSN. v. MADSEN ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 80–1723.  BECK v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 80–1752.  WERNKE v. MILLER, CHIEF OF POLICE OF THE TOWN OF PLAINFIELD, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 80–1775.  KLAUBER v. ATTORNEY GRIEVANCE COMMISSION OF MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 80–1776.  GAGNON v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 80–1782.  HERZOG v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 80–1789.  CALABRESE v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 80–1812.  BAKER ET AL. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.